UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>v. )<br><br>JON THOMAS BEALL, JR. ) | DOCKET NO. 1:25-cr-35-MR-WCM<br><br>BILL OF INDICTMENT<br><br>Violations:<br>18 U.S.C. § 2241(c)<br>18 U.S.C. § 2423(b) |

THE GRAND JURY CHARGES:

COUNT ONE

On or about May 8, 2025, in Jackson County, within the Western District of North Carolina and elsewhere, the defendant,

JON THOMAS BEALL, JR.

did cross a state line with the intent to engage in a sexual act, as defined in 18 U.S.C. § 2246(2), with a person who had not attained the age of 12 years.

In violation of Title 18, United States Code, Section 2241(c).

COUNT TWO

On or about May 8, 2025, in Jackson County, within the Western District of North Carolina and elsewhere, the defendant,

JON THOMAS BEALL, JR.

did knowingly travel and did attempt to travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Section 2423(f), with another person.

In violation of Title 18, United States Code, Section 2423(b).

1

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Notice is hereby given of 18 U.S.C. § 2253; 18 U.S.C. § 924(d); 18 U.S.C. § 2461(c); and 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with 18 U.S.C. § 2253, 18 U.S.C. § 924(d); 18 U.S.C. § 2461(c); and 21 U.S.C. § 853:

   a. Any visual depiction or book, magazine, periodical, film, videotape, or other matter which contains any such depiction, which was produced, transported, mailed, shipped, or received during the violations set forth in this bill of indictment;

   b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from proceeds of the violations;

   c. Any property, real or personal, used or intended to be used to commit or promote the violations; and

   d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant/s to the extent of the value of the property described in (a), (b) and (c).

The Grand Jury finds probable cause to believe that the following property that was seized on or about May 8, 2025, during the course of the investigation of the offenses herein is subject to forfeiture on one or more of the grounds stated above: one (1) red Apple iPhone.

A TRUE BILL:

RUSS FERGUSON
UNITED STATES ATTORNEY

ALEXIS SOLHEIM
ASSISTANT UNITED STATES ATTORNEY

2