# NEW CRIMINAL CASE COVER SHEET

# U. S. DISTRICT COURT

(To be used for **all** new Bills of Indictments and Bills of Information)

**CASE SEALED:**    ◯YES    ⦿NO    **DOCKET NUMBER:** 1: 25-cv-35-MR-WCM

*If case is to be sealed, a Motion to Seal and proposed Order **must** be attached.)*

| | |
|---|---|
| **CASE NAME** | **:US** vs Jon Thomas Beall, Jr. |
| **COUNTY OF OFFENSE** : | Jackson |
| **RELATED CASE INFORMATION** : | none |
| *Magistrate Judge Case Number* : | |
| *Search Warrant Case Number* : | |
| *Miscellaneous Case Number* : | |
| *Rule 20b* : | |
| **SERVICE OF PROCESS** : | warrant |

**U.S.C. CITATIONS** *(Mark offense carrying greatest weight):*    ◯Petty    ◯Misdemeanor    ⦿Felony

18 U.S.C. § 2241(c) and 2423(b)

**JUVENILE:**    ◯ Yes    ⦿ No

| | |
|---|---|
| **ASSISTANT U. S. ATTORNEY** : | Alexis Solheim |
| **VICTIM/WITNESS COORDINATORS:** | Shirley Rutledge |
| **INTERPRETER NEEDED** : | |
| **LIST LANGUAGE AND/OR DIALECT:** | |
| **REMARKS AND SPECIAL INSTRUCTIONS:** | |

(Maintain form in the Attorney Work Product folder / purge before archiving )