UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 1:25-CR-35 |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| JON THOMAS BEALL, JR. | ) | |
| | ) | |
| | ) | |

NOW COMES the United States of America, by and through Russ Ferguson, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. On May 6, 2025, while in a surface web chatroom dedicated to the exchange of child pornography and discussions involving the sexual exploitation of children, Jon Thomas BEALL, Jr., a resident of Sevierville, Tennessee,

responded to a public message posted to the chatroom's message board by an undercover law enforcement officer.

2. BEALL and the undercover officer communicated with one another via the Internet and by phone from May 6 to May 8, 2025. During the conversations BEALL discussed his sexual interest in minor children and his interest in traveling to meet and engage in sexual conduct with a prepubescent minor child located in the Western District of North Carolina that the undercover officer purported to have access to. BEALL ultimately decided that on May 8, 2025, he would reserve an Uber ride from Sevierville, Tennessee to Jackson County, North Carolina with the purpose of meeting and engaging in sexual conduct with the prepubescent child.

3. On May 8, 2025, BEALL did in fact travel in interstate commerce from Sevierville, Tennessee to the Western District of North Carolina with the intent of engaging in illicit sexual conduct with a prepubescent minor under the age of 12.

RUSS FERGUSON
UNITED STATES ATTORNEY

Alexis I. Solheim
ASSISTANT UNITED STATES ATTORNEY

2

Case 1:25-cr-00035-MR-WCM    Document 17    Filed 10/16/25    Page 2 of 3

## Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_Mary Ellen Coleman_                                DATED: 10/9/25
Mary Ellen Coleman, Attorney for Defendant